UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ROMANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKAL SECURITY, INC.,<br><br>　　　　Defendant. | Case No.: 13-cv-00806-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING AND EXTENDING ADR DEADLINE** |

　　The Court has reviewed the submission from Defendant's counsel identifying a mediator. (Dkt. No. 24.) Accordingly, the Court **VACATES** the compliance hearing set for August 30, 2013. In light of the mediator's schedule, the Court extends the ADR deadline until December 31, 2013. No other deadline is affected by this Order.

　　**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**