UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ROMANO,<br><br>    Plaintiff,<br><br>v.<br><br>AKAL SECURITY, INC.,<br><br>    Defendant. | Case No.: 13-cv-00806-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING ADR DEADLINE** |

The Court has reviewed the parties' Updated Joint Case Management Conference Statement. In light of the parties' scheduled mediation, the Court hereby **EXTENDS** the ADR deadline in this matter to January 31, 2014. The Case Management Conference scheduled for December 9, 2013 is **CONTINUED** to February 24, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**